June 10, 2015

Third District Of Texas

P.O. Box 12547,

Austin, Texas 78711-2547

RE: Court Of Appeals Number: 03-15-00307-CR
Trial Court Case Number: D-1-DC-06-302099

Style: Randy Lin Ates
v. The State of Texas


RECEIVED
JUN 1 6 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

To The Honorable Judge Of Said Court:

The Court has requested the Appellant, Randy Ates to make a written request to the clerk and the court reporter and make arrangements for payment of the record within ten days of the receipt of this notice. The Appellant, motioned this Court for extension of time because, he did not receive the Court's request until May 26, 2015 ... just 3-days before May 29, 2015 deadline. On June 8, 2015 Appellant received a letter dated June 1, 2015, "stating that," the reporter's record was due in this Court on May 29, 2015 and is overdue". The Court advised the Appellant to tender the record for filing no later than Thursday, June 11, 2015. The Appellant is advising this Court in writting that he cannot meet the June 11, 2015 deadline, due to the delay of the U.S. mail. The Appellant simply did not have enough time to write one court to request records before the other court's deadline. Appellant has made a request for the Reporter's record. Thank you, for your time.

Very truly yours,
Randy Ates
(Appellant Prose)

Mail Box Rule: Wednesday-June 10, 2015

Randy Ates
TDCJ # 1578216
Nathaniel J. Neal Unit
9055 Spur 591
Amarillo, Tx. 79107

AMARILLO TX 791

11 JUN 2015 PM 2 T

USA
FOREVER

Court Of Appeals
Third District Of Texas
P.O. Box 12547
Austin, Texas 78711-2547          Legal Mail

78711•2547